

**ORDERED in the Southern District of Florida on November 28, 2018.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                   CASE NO.: 17-11617-BKC-LMI
                                                                         Chapter 7
**OMAR LORENZO**

      Debtor.                   /
ITRIA VENTURES, LLC,                                **ADV. PRO. NO. 17-01238-LMI**

      Plaintiff,

v.

OMAR LORENZO

      Defendant.
_____/

### AGREED ORDER GRANTING JOINT MOTION TO APPROVE STIPULATION AGREEMENT BETWEEN CREDITOR, ITRIA VENTURES LLC and DEBTOR, OMAR LORENZO

This matter came before the Court upon the Joint Motion of Creditor/Plaintiff, Itria Ventures LLC ("Itria") and Debtor/Defendant, Omar Lorenzo ("Lorenzo"), to Approve Settlement (the "Motion"). The Court, having noted the agreement of the parties, having review the Motion, and the movant by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion, it is:

**ORDERED** and **ADJUDGED** as follows:

1. The Motion is GRANTED.

2. The Court approves and ratifies the terms of the October 19, 2018 Stipulation Agreement between Itria and Lorenzo, and expressly reserves jurisdiction to enforce same.

3. The Clerk of Court is directed to close the above captioned adversary proceeding, in accordance with Local Rule 9019-1(A).

Agreed to by:

/s/ Paul A. Humbert                                                /s/ Samir Masri
Paul A. Humbert, Esq.                                          Samir Masri Esq.
Counsel for Creditor, Itria Ventures LLC         Counsel for Debtor, Omar Lorenzo
FBN 0091166                                                        FBN 145513

###

<u>Order Prepared By</u>:

Paul A. Humbert, Esq.
Law Offices of Paul A. Humbert, PL
Counsel for Creditor, CenterState Bank, N.A.
199 E. Flagler Street, #1010
Miami, Florida 33131
Tel. (305) 914-7862
Fax. (305) 513-5153
pa@pahumbertlaw.com

Paul A. Humbert, Esq. is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of Court.